# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| Shenzhen Zhiying Technology Co., Ltd.<br><br>Plaintiff,<br><br>v.<br><br>Hong Kong Xingtai International Trade Co Limited<br><br>Defendant. | CASE NO. 2:25-cv-02263-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

Pursuant to the Consolidation Order at Dkt. # 10 in 2:25-cv-02261-JHC, all future pretrial filings in this case shall be filed only in the Lead Case docket—*Shenzhen Yilv Technology Co Ltd. v. Hong Kong Xingtai International Trade Co Limited*, No. 2:25-cv-02261-JHC—unless otherwise ordered by the Court.

//

MINUTE ORDER - 1

Dated this 2nd day of February 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2